IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK W. SINGSON,
ADC #90695                                                                                    PLAINTIFF

5:05CV00210GH/HDY

CORRECTIONAL MEDICAL
SERVICES INC., et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED.  The relief sought is denied.

IT IS SO ADJUDGED this 13th day of October, 2005.


_____
UNITED STATES DISTRICT JUDGE